IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID MATTHEW THOMAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-00431-KOB-TMP |
| ) | |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

On December 16, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that the court dismissed as time-barred the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254. (Doc. 11). On December 28, 2016, the court received a motion for extension of time to file objections from the petitioner (doc. 12), granted it (doc. 13), and gave petitioner until January 31, 2017 to file objections to the Report and Recommendation. To date, no party has filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Consequently, the court finds that the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be DISMISSED WITH PREJUDICE.

The court will enter a separate Order dismissing the petition.

DONE and ORDERED this 9th day of February, 2017.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE